UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMING SONG,<br><br>       Plaintiff(s),<br><br>-against-<br><br>XAVIER BECERRA, Secretary, FDA Agency, HHS: Dept. of Health & Human Services,<br><br>       Defendant(s). | 22-CV-9678 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the August 23, 2023 Mediation Conference. **Plaintiff and counsel for Defendant must familiarize themselves with the Court's Individual Rules and Practices, including those for** *pro se* **litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: June 29, 2023
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*

                  JESSICA G. L. CLARKE
                  United States District Judge